DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL VENABLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1583

[September 15, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 10-1384CF10A.

Michael Venable, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***